1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, California 92101
Telephone:  (619) 238-0004
Fax Number: (619) 238-0006

Counsel for Defendants
Soleil Management, LLC,
Club de Soleil Vacation Club, and
Tahiti Village Vacation Club

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REED SUSSMAN,<br><br>       Plaintiff,<br><br>v.<br><br>SOLEIL MANAGEMENT, LLC; CLUB DE SOLEIL VACATION CLUB; and TAHITI VILLAGE VACATION CLUB,<br><br>       Defendants. | CASE NO. 5:18-cv-01176-FMO (SHKx)<br><br>CLUB DE SOLEIL VACATION CLUB'S AMENDED ANSWER TO COMPLAINT |

Defendant Club de Soleil Vacation Club ("Defendant") responds to the Complaint in the above-entitled action as follows:

**ANSWER**

    1.    Responding to paragraph 1 of the Complaint, Defendant is without information sufficient to form a belief as to the allegations contained in such paragraph and on that basis denies such allegations.  Defendant denies all allegations not expressly admitted.

    2.    Responding to paragraph 2 of the Complaint, Defendant is without information sufficient to form a belief as to the allegations contained in such paragraph and on that basis denies such allegations.  Defendant denies all allegations not expressly admitted.

/ / /

3.      Defendant admits the allegations contained in paragraph 3 of the Complaint.

4.      Defendant admits the allegations contained in paragraph 4 of the Complaint.

5.      Defendant admits the allegations contained in paragraph 5 of the Complaint.

6.      Defendant need not respond to paragraph 6 of the Complaint because such paragraph contains legal contentions.  Defendant denies all allegations not expressly admitted.

7.      Responding to paragraph 7 of the Complaint, Defendant denies that this Court has subject matter jurisdiction.  Defendant denies all allegations not expressly admitted.

8.      Responding to paragraph 8 of the Complaint, Defendant admits that all defendants are citizens of the state of Nevada.  Defendant is without information sufficient to form a belief as to the remaining allegations contained in such paragraph and on that basis denies such allegations.  Defendant denies all allegations not expressly admitted.

9.      Responding to paragraph 9 of the Complaint, Defendant denies that venue is proper in this forum and contends that venue is improper.  Defendant denies all allegations not expressly admitted.

10.     Defendant denies the allegations contained in paragraph 10 of the Complaint, including without limitation that Soleil Management, LLC ("Soleil") is engaged in the marketing, selling, financing, or administration of timeshare products regulated by the state of California Bureau of Real Estate.  Defendant denies all allegations not expressly admitted.

11.     Defendant admits the allegations contained in paragraph 11 of the Complaint.

12.     Responding to paragraph 12 of the Complaint, Defendant admits that Soleil manages timeshare properties in Nevada and Florida.  Defendant denies that Soleil manages any time share properties in California and/or in Hawaii.  Defendant denies all allegations not expressly admitted.

13.     Defendant need not respond to paragraph 13 of the Complaint because such paragraph contains legal contentions.  Defendant denies all allegations not expressly admitted.

14.     Defendant need not respond to paragraph 14 of the Complaint because such paragraph contains legal contentions.  Defendant denies all allegations not expressly admitted.

15. Defendant need not respond to paragraph 15 of the Complaint because such paragraph contains legal contentions. Defendant denies all allegations not expressly admitted.

16. Responding to paragraph 16 of the Complaint, Defendant denies the allegations contained in such paragraph.

17. Responding to paragraph 17 of the Complaint, Defendant denies that it or any other defendant markets and/or sells vacation ownership programs in California or elsewhere. Defendant denies all allegations not expressly admitted.

18. Responding to paragraph 18 of the Complaint, Defendant denies that it or any other defendant operates as a vacation ownership program under or subject to California law. Defendant denies all allegations not expressly admitted.

19. Responding to paragraph 19 of the Complaint, Defendant denies that it or any other defendant is a timeshare subject to the laws of the state of California and/or regulated by CalBRE and/or subject to the Act. Defendant denies all allegations not expressly admitted.

20. Responding to paragraph 20 of the Complaint, Defendant incorporates as though set out at length paragraphs 1 through 19 above. Defendant denies all allegations not expressly admitted.

21. Defendant admits the allegations contained in paragraph 21 of the Complaint.

22. Responding to paragraph 22 of the Complaint, Defendant denies the allegations contained in such paragraph.

23. Defendant admits the allegations contained in paragraph 23 of the Complaint.

24. Defendant denies the allegations contained in paragraph 24 of the Complaint.

25. Responding to paragraph 25 of the Complaint, Defendant incorporates as though set out at length paragraphs 1 through 24 above. Defendant denies all allegations not expressly admitted.

26. Defendant admits the allegations contained in paragraph 26 of the Complaint.

27. Responding to paragraph 27 of the Complaint, Defendant denies the allegations contained in such paragraph.

28.     Defendant admits the allegations contained in paragraph 28 of the Complaint.

29.     Responding to paragraph 29 of the Complaint, Defendant denies the allegations contained in such paragraph.

30.     Responding to paragraph 30 of the Complaint, Defendant incorporates as though set out at length paragraphs 1 through 29 above.  Defendant denies all allegations not expressly admitted.

31.     Responding to paragraph 31 of  the Complaint, Defendant admits that it and the other defendants are not "registered" with CalBRE and they are not required to do so.  Defendant denies all allegations not expressly admitted.

32.     Responding to paragraph 32 of the Complaint, Defendant denies that there is any controversy, and denies that it or any other defendant is required to "register" with the CalBRE. Defendant denies all allegations not expressly admitted.

33.     Defendant admits the allegations contained in paragraph 33 of the Complaint.

34.     Responding to paragraph 34 of the Complaint, Defendant denies the allegations contained in such paragraph.

**AFFIRMATIVE DEFENSES**

Defendant alleges the following affirmative defenses, which are made on information and belief:

<u>First Affirmative Defense</u>

The Complaint fails to state a claim upon which relief may be granted against Defendant.

<u>Second Affirmative Defense</u>

The Court lacks subject matter jurisdiction.

<u>Third Affirmative Defense</u>

By reason of Plaintiff's unreasonable and prejudicial delay in asserting the claims alleged in the Complaint, such claims are barred in their entireties pursuant to the doctrine of laches.

<u>Fourth Affirmative Defense</u>

By reason of Plaintiff's conduct relating to the claims alleged in the Complaint, such claims are barred in their entireties pursuant to the doctrine of unclean hands.

Fifth Affirmative Defense

Plaintiff's claims are barred by the applicable statute(s) of limitations.

Sixth Affirmative Defense

By reason of Plaintiff's acts, conduct, and omissions in connection with the allegations contained in the Complaint, the claims alleged in the Complaint are barred in their entireties pursuant to the doctrine of estoppel.

Seventh Affirmative Defense

Plaintiff lacks standing and/or other legal capacity to assert the claims set forth in the Complaint.

Eighth Affirmative Defense

Venue is not proper in the Central District of California nor in any other court within the state of California.

Ninth Affirmative Defense

The purported claims set forth in the Complaint are not ripe.

Tenth Affirmative Defense

Defendant intends to rely upon other affirmative defenses as may become available or apparent during this proceeding and hereby reserves the right to amend this Answer to assert other affirmative defenses.

**CLAIM FOR ATTORNEYS' FEES**

If and to the extent authorized under applicable law, Defendant seeks from Plaintiff an award of attorneys' fees and other expenses incurred to defend the above-entitled action.  This claim is without prejudice to any other relief to which Defendant may be entitled.

WHEREFORE, Defendant prays for judgment as follows:

1.      That Plaintiff take nothing by way of the Complaint;

2.      That Defendant be awarded such attorneys' fees and expenses as may be authorized under applicable law;

/ / /

/ / /

1       3.      That Defendant be awarded its costs of suit; and

2       4.      That Defendant be granted such other and further relief as the Court may deem

3 just and proper.

5 Dated: July 18, 2018

CURRY ADVISORS
A Professional Law Corporation

/s/ K. Todd Curry

By: _____
K. Todd Curry
Counsel for Defendant Club de Soleil Vacation
Club